IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN R. HASTINGS
ADC #171672                                                                                PLAINTIFF

v.                              No. 3:20-cv-163-DPM

MARJORIE HALL,
Health Services Administrator,
North Central Unit, *et al.*                                                      DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 9*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hastings's claims against Steven Kozmur, Rick Gillespie, and Tillman Treat are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 December 2020