**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

STEVEN HASTINGS                                                    PLAINTIFF
ADC #171672

v.                                        3:20-cv-00163-DPM-JJV

MARJORIE HALL, *et al.*                                            DEFENDANTS

## ORDER

Summons served on Defendant Keith Day was returned unexecuted on January 25, 2021.
(Doc. No. 16.)   That same day the Court was provided a last known address for Defendant Day
that will be maintained under seal.   (*Id.*)

The Clerk of the Court shall reissue Summons for Defendant Day, address under seal, and
the United States Marshal shall serve a copy of the Second Amended Complaint (Doc. No. 7),
Summons, and this Order on Defendant Day without prepayment of fees and costs or security
therefore.

Dated this 26th day of January 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE