IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN R. HASTINGS
ADC #171672                                                     PLAINTIFF

v.                      No. 3:20-cv-163-DPM

MARJORIE HALL,
Health Services Administrator,
North Central Unit, *et al.*                              DEFENDANTS

## JUDGMENT

Hastings' claims against Marjorie Hall, Nurzuhal Faust, Robert L. Pierce, Gary W. Qucon, Sr., Alec J. Wilbur, Ian W. Ward, Val Green, Steven Kozmur, Alex Bentley, Rick Gillespie, and Tatum Treat are dismissed without prejudice. His claims against Marty Hearyman and Kyle J. Lebouef are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2022